# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 11, 2006

131662

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

_____

IN RE CODY BLALOCK, CASSIE BLALOCK,
and FLOYD BJ BLALOCK, Minors.

_____

DEPARTMENT OF HUMAN SERVICES,
        Petitioner-Appellee,

v

 

FLOYD BRYAN BLALOCK,
        Respondent-Appellant,

and

BARBARA SMART,
        Respondent.

_____/

SC: 131662
COA: 266106
Livingston CC
Family Division: 04-010484-NA

      On order of the Court, the application for leave to appeal the June 22, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 11, 2006

_____
Clerk

s0808